IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–02417–EWN–BNB

JACQUELINE E. LEE,

    Plaintiff,

v.

UNIVERSITY OF COLORADO, through
its Board, the Regents of the University of
Colorado, a body corporate,

    Defendant.

## ORDER

This matter is before the court on the "Unopposed Motion to Strike Reference to Title VI of the Civil Rights Act of 1964" filed February 9, 2007.  The court having read the Motion to Strike filed herein, and now being fully advised in the premises, it is

**ORDERED** that the following language in paragraph 32 of the Complaint is stricken: "...and Title VI of the Civil Rights Act of 1964."

DATED this 12th day of February, 2007.

                                              BY THE COURT:

                                              s/ Edward W. Nottingham
                                              EDWARD W. NOTTINGHAM
                                              United States District Judge