IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02417-EWN-BNB

JACQUELINE E. LEE,

Plaintiff,

v.

UNIVERSITY OF COLORADO, through its Board, the Regents of the University of Colorado, a body corporate,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Unopposed Motion to Amend Scheduling Order** [docket no. 23, filed May 18, 2007] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

      The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **June 5, 2007**;

      The limit on the number of depositions (including experts) is **13** for Plaintiff.

DATED:  May 21, 2007