IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 06–cv–02417–EWN–BNB

JACQUELINE E. LEE,

    Plaintiff,

v.

UNIVERSITY OF COLORADO, through its Board, the Regents of the University of Colorado, a body corporate,

    Defendant.

# ORDER

This matter is before the court with regard to "Plaintiff's Response to Defendant's Motion for Summary Judgment," filed yesterday. After perusing the brief, the court concluded that two rule violations require it to be stricken and re-filed.

First, Plaintiff has filed one "exhibit" in support of her response. This "exhibit" is comprised of nearly eighty pages and numerous distinct documents. Local Rule 56.1 provides that exhibits in support of summary judgment briefs are to be individually numbered. D.C.COLO.LCivR 56.1C (2007). Plaintiff will amend her brief so that: (1) each of the distinct documents in her monolithic "exhibit" is separately numbered and docketed on ECF; and (2) her brief makes "specific reference" to such numbered exhibits, as that term is defined in this court's practice standards. Plaintiff may find such practices standards on the district court's website.

Second, Plaintiff's brief fails to comport with this court's standard concerning factual submissions by a party opposing summary judgment, which provides:

> If the party opposing the motion believes that there exist additional disputed questions of fact . . ., the party shall, in a separate section of the party's brief styled "Statement of Additional Disputed Facts," set forth ***in simple, declarative sentences, separately numbered and paragraphed***, each additional, material disputed fact which undercuts movant's claim that [it] is entitled to judgment as a matter of law.

(Practice Standards — Civil: Special Instructions Concerning Motions for Summary Judgment ¶ 4.) This rule exists for a reason. It focuses the parties on specific facts and permits the court to distinguish between those allegations which are truly at issue and those which are not.

Contrary to this simple requirement, Plaintiff has set forth numerous lengthy paragraphs containing multiple sentences, multiple factual allegations, and, most egregiously, lengthy block quotations of evidentiary material. (*See, e.g.*, Pl.'s Resp. to Def.'s Mot. for Summ. J., Statement of Additional Facts ¶¶ 2, 8, 24–31, 33–36.) Rather than require Defendant to respond to these compound allegations, the court will strike Plaintiff's brief and require a compliant submission. Based on the foregoing it is therefore ORDERED that:

1. Plaintiff's response to Defendant's motion for summary judgment (#41) is STRICKEN.

2. Plaintiff has twenty days from the date of this order to submit a brief that complies with this order.

Dated this 7th day of September, 2007

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge