IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 06–cv–02417–EWN–BNB

JACQUELINE E. LEE,

    Plaintiff,

v.

UNIVERSITY OF COLORADO, through its Board, the Regents of the University of Colorado, a body corporate,

    Defendant.

# ORDER

This matter is before the court on Plaintiff's "Motion for Leave to File Surresponse [sic]," filed October 30, 2007. Instead of following the established practice of tendering a surreply along with her motion, Plaintiff seeks leave to file a surreply by November 13, 2007.

The court will not rule definitively on a motion to file a surreply that is not accompanied by a proposed surreply. By way of guidance, the court notes two facts: (1) the summary judgment reply brief to which Plaintiff seeks to respond was filed *fifteen days* before the instant motion; and (2) during those fifteen days, while Plaintiff sat in silence, the court took up consideration of the summary judgment motion. Time is of the essence.

Based on the foregoing it is therefore ORDERED that:

Plaintiff's motion (#50) is DENIED without prejudice.

Dated this 1st day of November, 2007.

BY THE COURT:


s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge